**Order entered May 7, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00006-CV

## CYNTHIA RAMOS, Appellant

### V.

## DOMINGO H. CISNEROS, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-00429

## ORDER

Before the Court is appellee's May 5, 2021 unopposed motion for an extension of time to file his brief to June 5, 2021. By order dated May 5, 2021, we denied appellee's motion to dismiss the appeal and reset the deadline for appellee's brief to **June 16, 2021**. Accordingly, we **DENY** appellee's motion as premature.

/s/     KEN MOLBERG
            JUSTICE